BUSINESS AND TRIAL LAWYERS

# The Schreiber Law Firm, PLLC

SUITE 209
6 Interplex Drive
Feasterville-Trevose, PA 19053

TELEPHONE (267) 525-7060   TOLL FREE (877) 556-4388
FACSIMILE (267) 525-7061

1519647

07/10/2013

JUSTIN PARANA

█████████████████████

████████████

RE:   Creditor:                          Second Round LP
      Your Account Number:               ████████
      Original Creditor:                 GE Capital Retail Bank
      Original Account Number:           ████████
      AMOUNT DUE:                        $1,210.71

Dear JUSTIN PARANA:

Please be advised that the above referenced account has been placed with The Schreiber Law Firm, PLLC by my client, Second Round LP. My client has determined that your account may be suitable for litigation with a licensed attorney in your jurisdiction. It is essential that you contact my office to discuss making arrangements to resolve this matter voluntarily. If an amicable resolution cannot be reached I will have no other alternative but to advise my client to take further legal action with a licensed attorney in the jurisdiction where you reside. Thank you for your anticipated cooperation in this matter.

### NOTICE OF IMPORTANT RIGHTS

UNLESS YOU, THE CONSUMER, WITHIN THIRTY DAYS AFTER RECEIPT OF THIS NOTICE, DISPUTE THE VALIDITY OF THE DEBT, OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THE DEBT TO BE VALID. IF YOU, THE CONSUMER, NOTIFY THIS OFFICE IN WRITING WITHIN THE THIRTY DAY PERIOD THAT THIS DEBT OR ANY PORTION THEREOF, IS DISPUTED, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR A COPY OF A JUDGMENT AGAINST YOU WILL BE MAILED TO YOU BY THIS OFFICE. UPON YOUR WRITTEN REQUEST, WITHIN THE THIRTY DAY PERIOD, THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR LISTED.

Should you have any questions or comments, please contact my office at 1-877-556-4388.

Yours truly,

DAVID K. BIFULCO, ESQ.

This law firm is a debt collector attempting to collect a debt for our client. Any information obtained will be used for that purpose.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION



PLAINTIFF'S
EXHIBIT
A